IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TESTOSTERONE REPLACEMEMT THERAPY PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2545 Case No. 14-C-1748 |
| THIS DOCUMENT RELATES TO: | : | |

*Lynn Redding v. Auxilium Pharmaceuticals, Inc. et al,*
**Case No. 1:15-cv-09550**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**JOINT MOTION AND ORDER TO ENROLL ADDITIONAL COUNSEL**</u>

NOW INTO COURT, through undersigned counsel, comes plaintiff Lynn Redding, who moves this Honorable Court for an Order allowing Derriel C. McCorvey to enroll as additional counsel of record in the above captioned matter.

Respectfully Submitted By:

**ANDRUS WAGSTAFF, PC**

/s/ Vance R. Andrus
VANCE R. ANDRUS
7171 W. Alaska Drive
Lakewood, CO 80226
Tel. (303) 376-6360
Fax (888) 875-2889
Email: vance.andrus@andruswagstaff.com

**THE LAW OFFICE OF
DERRIEL C. MCCORVEY, L.L.C.**

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
117 Caillouett Place
Post Office Box 2473
Lafayette, LA 70502

1

Tel. 337-291-2431
Fax 337-291-2433
Email: derriel@mccorveylaw.com


ATTORNEYS FOR PLAINTIFF


**CERTIFICATE OF SERVICE**

    I hereby certify that on April 1, 2016, I electronically filed the foregoing *Joint Motion to Enroll Additional Counsel* with the Clerk of the Court by using the CM/ECF system. Said document has this date been served on all counsel of record in these proceedings by CM-ECF.


    /s/Derriel C. McCorvey
    DERRIEL C. MCCORVEY