IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| | Master Docket Case No. 1:14-cv-1748 |
| THIS DOCUMENT RELATES TO: *Redding v. Auxilium Pharmaceuticals, Inc., et al.,* 1:15-cv-9550 | Honorable Matthew F. Kennelly |

**PLAINTIFFS' CO-LEAD COUNSEL'S STATUS REPORT**

Pursuant to the Court's minute entry on January 11, 2019 and having discussed the matter with the two attorneys at issue here, Mr. Derriel McCorvey and Mr. Vance Andrus, the Plaintiffs' Co-Lead Counsel submit the following status report regarding *Redding v. Auxilium Pharmaceuticals, Inc., et al.,* Case No. 1:15-cv-9550.

Plaintiff Redding's case was filed on October 27, 2015 by Mr. Andrus. Sometime after, Mr. Andrus apparently referred the case to Mr. McCorvey, who filed a Joint Motion to Enroll Additional Counsel on April 1, 2016. It appears two missteps then occurred.

First, Mr. McCorvey made the unfortunate mistake of thinking that when this Court granted that motion, he would be enrolled in the case and would then receive ECF case notifications. This Court's minute entry on April 3, 2016, though, made clear that Mr. McCorvey was still required to file his appearance as additional counsel for Plaintiff Redding. That did not happen until January 14, 2019.

Second, as Mr. Andrus concedes in his response filed yesterday, Mr. Andrus did not withdraw his appearance on the case. Additionally, thinking he was not

1

actively representing Ms. Redding, he did not thoroughly review the docket notifications from this Court. *See* Dkt. No. 15.

Mr. McCorvey has outlined, as cited in Mr. Andrus' response filed with the Court, the chronology of events and contact he had with Plaintiff Redding over the last several years, including the timely submission of a Plaintiff Fact Sheet and the failure to timely serve a Plaintiff Profile Form.[1] Having been informed that the case had been reopened, Mr. McCovey has represented that he will attempt to communicate with Plaintiff Redding regarding settlement.

It appears that all necessary counsel have been informed of the Court's concerns regarding this case and that all necessary steps will be taken by both Mr. McCorvey and Mr. Andrus to ensure Ms. Redding's claim is handled in a timely and professional fashion.

Dated: January 15, 2019              Respectfully submitted,

                                     */s/ Trent B. Miracle*
                                     Trent B. Miracle
                                     Simmons Hanly Conroy
                                     One Court Street
                                     Alton, IL 62002
                                     618-259-2222
                                     Email: tmiracle@simmonsfirm.com

                                     Ronald E. Johnson, Jr.
                                     Schachter Hendy & Johnson PSC
                                     909 Wright's Summit Parkway
                                     Suite #210
                                     Ft. Wright, KY 41011
                                     (859) 578-4444

---

[1] Plaintiff Redding submitted a letter to the Court, dated July 23, 2018, which was filed under seal. *See* Dkt. No. 10.

2

Email: rjohnson@pschachter.com

Christopher A Seeger
Seeger Weiss LLP
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
(212) 584-0700
Email: cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically serve and send a notice of electronic filing to all registered attorneys of record.

*/s/ Brendan A. Smith*
Brendan A. Smith
